UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD GERARD CHILDS,

    Plaintiff,

v.                                                                              Case No. 1:17-cv-1131
                                                                          Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED**.


Dated: March 28, 2019                                        /s/ Ray Kent
                                                                              United States Magistrate Judge